Petersen Motor Vehicle Operator License Case.

Argued March 19, 1962. Before Rhodes, P. J., Ervin, Wright, Woodside, Watkins, Montgomery, and Flood, JJ.

*Samuel M. Lehrer*, with him *Charles R. Weiner*, for appellant.

*Elmer T. Bolla*, Deputy Attorney General, with him *David Stahl*, Attorney General, for Commonwealth.

Opinion Per Curiam, April 12, 1962:

The order of the Court of Common Pleas of Delaware County is affirmed on the opinion of Judge John V. Diggins for the court below, reported at 26 Pa. D. & C. 2d 571.